UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROCKY JOHN RODRIGUEZ, | ) | CASE NO. C07-0640-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| ROBERT J. PALMQUIST, Warden, Federal Detention Center, et al., | ) ) ) | |
| Respondents. | ) ) | |

Petitioner is a federal prisoner who is currently incarcerated at the Federal Detention Center at SeaTac, Washington. He is serving an eighteen month sentence imposed following his conviction on a charge of unlawfully possessing a firearm in the United States District Court for the District of Idaho. (*See* Dkt. No. 15 at 2.) Petitioner has filed a federal habeas petition pursuant to 28 U.S.C. § 2241 in which he challenges the validity of the regulation issued by the Federal Bureau of Prisons ("BOP") which categorically limits the class of prisoners eligible for release to community confinement based on the amount of time the prisoner has left to serve. (Dkt. No. 3.)

In *Pankratz v. Palmquist*, Case No. C06-1328-RSL, the District Court found that the

REPORT AND RECOMMENDATION
PAGE -1

01 regulation challenged in these proceedings, 28 C.F.R. § 570.21 ("the regulation"), which limits the
02 amount of time an inmate may spend in community confinement to 10% of the inmate's sentence,
03 was invalid because it exceeded the authority granted to the BOP under 18 U.S.C. § 3621(b).

04 Respondents have filed a response to the petition in which they set forth essentially the
05 same legal argument advanced in *Pankratz*. (*See* Dkt. No. 15.) This Court sees no basis on which
06 to distinguish the present case from *Pankratz*. Accordingly, this Court recommends granting the
07 same relief afforded in *Pankratz*: that BOP be directed to review petitioner's case under the
08 factors outlined in 18 U.S.C. § 3621(b), without regard to the time limits set forth in the
09 regulation.[1] A proposed order accompanies this Report and Recommendation.

10 DATED this 13th day of July, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

---

[1] Respondents assert in their response to the petition that the BOP has already assessed petitioner's eligibility for transfer to community confinement based upon the factors outlined in 18 U.S.C. § 3621, without regard to the ten percent regulation. (*See* Dkt. No. 15 at 2.) Petitioner asserts that he has not been afforded such a review. (Dkt. No. 17 at 3.) There is no evidence in the record that petitioner has been afforded the review this Court concludes he is entitled to. Accordingly, this Court deems it appropriate to direct BOP to conduct such a review.

REPORT AND RECOMMENDATION
PAGE -2