UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROCKY JOHN RODRIGUEZ, | ) | CASE NO. C07-0640-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| ROBERT J. PALMQUIST, Warden, | ) | |
| Federal Detention Center, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and Order:

(1)  The Court adopts the Report and Recommendation.

(2)  The petition for writ of habeas corpus (Dkt. No. 3) is GRANTED.

(3)  Within 14 days of this Order, the Bureau of Prisons is directed to reconsider petitioner's request for transfer to a halfway house or similar facility, based upon the factors outlined in 18 U.S.C. § 3621(b), without regard to the time limits set

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

01         forth in 28 C.F.R. § 570.21.

02     (4)    The Clerk is directed to send copies of this Order to all counsel of record and to

03         Judge Theiler.

04     DATED this 3rd day of August, 2007.

                                   /s/ Robert S. Lasnik
                                   Robert S. Lasnik
                                   United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2